| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sedwick, John W | 2. Court or Organization<br><br>District of Alaska | 3. Date of Report<br><br>04/17/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>222 W. 7th Ave. #32<br>Anchorage, AK 99513 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Alaska Permanent Fund Dividend | $ 846 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Alyeska Title Guarantee Salary |
| 2. 2005 | Alaska Permanent Fund Dividend |
| 3. 2005 | State of Alaska Pension |
| 4. 2005 | Prudential VISTA Real Estate Commission |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W | 04/17/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W | 04/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Income From Duplexes in Anchorage, AK (gross) | E | Rent | O | W | | | | | |
| 2. 1st Nat'l Bank Alaska Stock | B | Dividend | K | T | | | | | |
| 3. 1st Nat'l Bank Alaska Accounts | A | Interest | M | T | | | | | |
| 4. Northrim Bank Accounts | A | Interest | L | T | | | | | |
| 5. UBS Accounts | A | Dividend | L | T | Open | 01/01 | | | |
| 6. City of Akhiok Bonds | A | Dividend | J | T | | | | | |
| 7. Lincoln Nat'l Life Ins. Co. Policies | | | M | | | | | | |
| 8. Spouse's IRA | C | Dividend | M | T | Rolled In | 07/13 | M | A | |
| 9. Spouse's IRA: American Funds Capital World G&I Fund | | | | | | | | | |
| 10. Spouse's IRA: UBS Dynamic Alpha Fund | | | | | Buy | 09/02 | M | | |
| 11. Spouse's IRA: UBS Global Allocation Fund | | | | | Buy | 09/02 | M | | |
| 12. Keogh Plan | A | Dividend | | | Rolled Out | 07/13 | M | A | |
| 13. IRA #1 | F | Dividend | P1 | T | Rolled In | 06/20 | K | A | |
| 14. IRA #1 from #2: JP Morgan Chase | | | | | Sale | 08/17 | J | | |
| 15. IRA #1 from #2: Cisco Systems, Inc. | | | | | Sale | 08/17 | J | | |
| 16. IRA #1 from #2: Intel Corp. | | | | | Sale | 08/17 | J | | |
| 17. IRA #1 from #2: Medco Health Solutions, Inc. | | | | | Sale | 08/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W | 04/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 from #2: Merck & Co. | | | | | Sale | 08/17 | J | A | |
| 19. IRA #1 from #2: Sirius Satellite Radio | | | | | Sale | 08/17 | J | | |
| 20. IRA #1 from #2: Sony Corp. ADR New | | | | | Sale | 08/17 | J | | |
| 21. IRA #1: Van Kampen Emerging Markets Fund | | | | | | | | | |
| 22. IRA #1: Retirement Money Fund | | | | | | | | | |
| 23. IRA #1 IRA: AIM Basic Value Fund | | | | | Sale | 06/22 | M | E | |
| 24. IRA #1: Alliance Bernstein Int'l Value Fund | | | | | Partial Sale | 06/20 | L | D | |
| 25. IRA #1: Alliance Bersntein Int'l Valu Fund | | | | | Add'l Buy | 06/28 | J | | |
| 26. IRA #1: Alliance Bernstein Int'l Value Fund | | | | | Add'l Buy | 08/24 | J | | |
| 27. IRA #1: Allianz NFJ Dividend Value Fund | | | | | Buy | 06/20 | J | | |
| 28. IRA #1: Allianz NFJ Dividend Value Fund | | | | | Partial Sale | 06/28 | J | | |
| 29. IRA #1: Allianz NFJ Dividend Value Fund | | | | | Add'l Buy | 08/24 | J | | |
| 30. IRA #1: American Funds Growth Fund of America | | | | | Partial Sale | 06/20 | K | D | |
| 31. IRA #1: American Funds Growth Fund of America | | | | | Partial Sale | 06/28 | J | C | |
| 32. IRA #1: American Funds Growth Fund of America | | | | | Add'l Buy | 08/24 | J | | |
| 33. IRA #1: American Funds Capital World G&I Fund | | | | | Add'l Buy | 06/20 | K | | |
| 34. IRA #1 American Funds Capital World G&I Fund | | | | | Add'l Buy | 08/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W | 04/17/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #1: American Funds Captial World G&I Fund | | | | | Partial Sale | 06/28 | J | A | |
| 36. IRA #1: American Funds Bond Fund of America | | | | | Partial Sale | 01/25 | J | A | |
| 37. IRA #1: American Funds Bond Fund of America | | | | | Partial Sale | 04/25 | J | A | |
| 38. IRA #1: American Funds Bond Fund of America | | | | | Patial Sale | 06/28 | J | A | |
| 39. IRA #1: American Funds Bond Fund of America | | | | | Add'l Buy | 08/24 | J | | |
| 40. IRA #1: American Funds Capital Income Builder | | | | | Buy | 06/20 | L | | |
| 41. IRA #1: American Funds Capital Income Builder | | | | | Add'l Buy | 08/24 | J | | |
| 42. IRA #1: American Funds Income Fund of America | | | | | Buy | 06/20 | L | | |
| 43. IRA #1: American Funds Income Fund of America | | | | | Add'l Buy | 08/24 | J | | |
| 44. IRA #1: Blackrock Aurora [f/k/a State Street Research] | | | | | Partial Sale | 06/20 | K | C | |
| 45. IRA #1: Blackrock Aurora [f/k/a State Street Research] | | | | | Partial Sale | 06/28 | J | A | |
| 46. IRA #1: Blackrock Aurora [f/k/a State Street Research | | | | | Add'l Buy | 08/24 | J | | |
| 47. IRA #1: Calamos Growth Fund | | | | | Partial Sale | 06/20 | K | C | |
| 48. IRA #1: Calamos Growth Fund | | | | | Partial Sale | 06/28 | J | C | |
| 49. IRA #1: Calamos Growth Fund | | | | | Add'l Buy | 08/28 | J | | |
| 50. IRA #1: Davis N.Y. Venture | | | | | Partial Sale | 06/20 | L | C | |
| 51. IRA #1: Davis N.Y. Venture | | | | | Partial Sale | 06/28 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W | 04/17/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #1: Davis N.Y. Venture | | | | | Add'l Buy | 08/24 | J | | |
| 53. IRA #1: Pimco Total Return Fund | | | | | Add'l Buy | 06/20 | K | | |
| 54. IRA #1: Pimco Total Return Fund | | | | | Partial Sale | 06/28 | J | A | |
| 55. IRA #1: Pimco Total Return Fund | | | | | Add'l Buy | 08/24 | J | | |
| 56. IRA #1: State Street Research RENAMED | | | | | | | | | |
| 57. IRA #1: UBS Absolute Return Fund | | | | | Buy | 06/20 | L | | |
| 58. IRA #1: UBS Absolute Return Fund | | | | | Add'l Buy | 08/24 | J | | |
| 59. IRA #1: UBS Dynamic Alpha Fund | | | | | Buy | 06/28 | L | | |
| 60. IRA #1: UBS Dynamic Alpha Fund | | | | | | 08/24 | J | | |
| 61. IRA #1: UBS Pace MM Investment Fund | | | | | Buy | 06/20 | K | | |
| 62. IRA #1: UBS Pace MM Investment Fund | | | | | Add'l Buy | 08/24 | J | | |
| 63. IRA #1: US Gov't Securities | | | | | | | | | |
| 64. IRA #2 | A | Dividend | | | Rolled Out | 06/20 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W | 04/17/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII:  IRA #:1 had minor additional income explained as follows:  An asset formerly owned named R&D Partners is still being wound up and small distributions in connection with winding up of its affairs were received as follows:  04/08, 06/30, 9/29, and 12/22, and 12/29.  The first four were associated with an unvalued interest called Centocor CPR and the last with an unvalued interest called Genzyme CPR.  Each payment had income code A.

2. Part VII:  The Keogh plan was rolled into the Spouse's IRA on July 13, 2005.  There were no 2005 transactions in the Keogh plan prior to its termination.  The four investment funds contained in the Keogh plan in 2004 were sold as part of the rollover process itself all at income code A.  New assets purchased thereafter in the Spouse's IRA are reflected on individual lines in Part VII.

3. Part VII:  IRA #2 was rolled into IRA #1 on June 20, 2005.  There were no 2005 transactions in IRA #2 prior to its termination.  The investments that had been contained in IRA#2 were maintained in IRA #1 until August 17, 2005, when they were sold in transactions reflected on individual lines in Part VII in connection with IRA #1.  New assets thereafter purchased are reflected on individual lines in Part VII.

4. Part VII:  State Street Research Aurora Fund changed its name.  At some point effective in 2005, State Street Research Aurora Fund changed its name to Blackrock Aurora Fund.  In past reports the name used was State Street Research, and in this report the name used is Blackrock Aurora.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



4/17/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544